David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8845 West Flamingo Rd., Suite 210
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Defendant*
*Mid-Century Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DO KIM,<br><br>    Plaintiff,<br><br>vs.<br><br>MID CENTURY INSURANCE COMPANY, ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-00680-JAD-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff Do Kim, by and through his counsel of record, Adam E. Brigman, Esq. of the law firm of Cram, Valdez, Brigman & Nelson, and Defendant Mid-Century Insurance Company, by and through its counsel of record, David J. Feldman, Esq. of the law firm of Feldman Graf, P.C., that Case No. 2:15-cv-00680-JAD-VCF entitled *Do Kim v. Mid-Century Insurance Company*, is hereby dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs and any interest.

A trial date has not been scheduled in the above-captioned matter.

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: July 29, 2015.

_____
United States District Judge

1

*Do Kim v. Mid-Century Insurance Company*
United States District Court Case No. 2:15-cv-00680-JAD-VCF
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS SO STIPULATED.**

Dated: July 27, 2015          Dated: 7/21/15

_____          _____
CRAM VALDEZ BRIGMAN & NELSON          FELDMAN GRAF, P.C.
Roger Cram, Esq.                      David J. Feldman, Esq.
Nevada Bar No. 6612                   Nevada Bar No. 5947
Adam E. Brigman, Esq.                 8845 W. Flamingo Road, Suite 210
Nevada Bar No. 11926                  Las Vegas, Nevada 89147
8831 W. Sahara Avenue                 Telephone: (702) 949-5096
Las Vegas, NV 89117                   Facsimile: (702) 949-5097
Telephone: (702) 255-0700             *Attorneys for Defendant*
Facsimile: (702) 255-2159             *Mid-Century Insurance Company*
*Attorneys for Plaintiff Do Kim*

**ORDER**

**IT IS SO ORDERED.**

Dated: _____
                                      UNITED STATES DISTRICT JUDGE

2